JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND SURGICAL INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, et al.<br><br>Defendants. | Case No. 2:22-cv-06261-AB-JC<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

The Court's Order to Show Cause is **DISCHARGED**.

Dated: December 11, 2023

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.